# TABLE OF EXHIBITS

| Exhibit Number | Document Name |
| --- | --- |
| Exhibit A | Integrated Post Authorization Analysis Report and Supplemental Environmental Assessment (Signed Oct. 29, 2019) |
| Exhibit B | Corps Approval Memo (Oct. 29, 2019) |
| Exhibit C | Finding of No Significant Impact (Signed Oct. 29, 2019) |
| Exhibit D | Easements |
| Exhibit E | Biological Opinion (Nov. 4, 2011) |
| Exhibit F | Report of the Chief of Engineers (Aug. 17, 2012) |
| Exhibit G | Settlement Agreement (May 17, 2013) |
| Exhibit H | Settlement Order (May 29, 2013) |
| Exhibit I | USGS Gage 0219699 Surface-Water Daily Statistic (Dec. 16, 2019) |
| Exhibit J | USGS Gage 0219699 (2016-2018) Water-Year Summaries |
| Exhibit K | Second Amended Biological Opinion (Oct. 13, 2017) |
| Exhibit L | Supplemental Environmental Assessment, Engineering Appendix A-4 |
| Exhibit M | S.C. Attorney General Opinion (Apr. 8, 2019) |
| Exhibit N | Commission Letter (Apr. 9, 2019) |

# TABLE OF EXHIBITS

| Exhibit Number | Document Name |
|---|---|
| Exhibit O | Congressional Letter (Apr. 9, 2019) |
| Exhibit P | Governor McMaster Letter (Apr. 22, 2019) |
| Exhibit Q | Final Independent External Peer Review Report (May 16, 2019) |
| Exhibit R | S.C. Attorney General Ltr. to Corps (Aug. 12, 2019) |
| Exhibit S | Corps Ltr. to S.C. Attorney General (Sept. 20, 2019) |
| Exhibit T | Corps News Release No. 19-32 (Oct. 29, 2019) |