# EXHIBIT D

# TITLE BOOK No. 75

## STATE OF SOUTH CAROLINA, }
### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the **6th** day of **April,** , 193**5** , and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. **68** , at page **93** ,

A. D. ATKINSON

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level. (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing **1.92** acres: lying and being below the 116 foot contour above mean sea level (which contour is 13.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 190;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid **1.92** acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing **369** acres, more or less, and bounded as follows: North by lands of the Estate of L. H. Hankinson, of J. B. Watkins, of Matt Fields, of J. H. Hammond, and of G. R. Webb; East by lands of G. R. Webb; South by lands of the Estate of C. A. Rowland, and of Paul Dunbar; and West by the Savannah River,

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this **21st.** day of **April** _____ in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

W. R. Watson                                Olin D. Johnston _____ (L. S.)
                                               As Governor of the State of South Carolina

Roy A. Powell                                W. P. Blackwell _____ (L. S.)
                                             As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA.  }
    County of Richland    }

PERSONALLY appeared before me _____ **W. R. Watson** _____ and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____
Roy A. Powell _____ witnessed the execution thereof.

SWORN to before me this **21st.** _____ day of **April** _____ , 1937.

G. R. Little _____ (L. S.)    (W.P.) (SEAL)          W. R. Watson
     Notary Public for South Carolina.

Recorded _____ **June 28th,** ____ 19 **37** , at **2 P.** M.      _Thos. J. Cushman_
                                                                   C. C. C. P. & G. S.

## TITLE BOOK No. 75

# STATE OF SOUTH CAROLINA,

### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the **4th** day of **August** , 193 **5** , and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. **68** , at page **114** , **MRS. CARRIE H. FOSTER,** as Executrix of the Will of L. H. Hankinson, Deceased, conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing **22.73** acres: comprising two separate parcels or areas:

Area "A" lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), and Area "B" lying and being below the 116 foot contour above mean sea level (which contour is 13.4 feet above the point of zero on the said Fifth Street gauge), which drain into the creeks that empty into the Savannah River at Miles 191 and 190, respectively;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid **22.73** acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing **160.2** acres, more or less, and bounded as follows: North by lands of Mrs. Annie W. Youngblood; East by lands of Dave and Celia Hazel; South by lands of A. D. Atkinson; and West by the Savannah River;

( 8 )    TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this 21st. day of April in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson                          Olin D. Johnston (L.S.)
                                       As Governor of the State of South Carolina
Roy A. Powell                         W. P. Blackwell (L.S.)
                                       As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA,
County of Richland

PERSONALLY appeared before me W. R. Watson and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with Roy A. Powell witnessed the execution thereof.

SWORN to before me this 21st. day of April , 1937.

G. R. Little (L.S.)   (W.P.)          W. R. Watson
Notary Public for South Carolina.     (SEAL)

Recorded June 28th, 19 37, at 2 P. M.   Thos. J. Cushman
                                                          C.C.P. & G.S.

TITLE BOOK No. 75                                                    ( 9 )

## STATE OF SOUTH CAROLINA,  }

### COUNTY OF AIKEN                  }

WHEREAS, By a certain deed of indenture dated the __18th__ day of __May__ __193.5__, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. __68__, at page __71__,

**DAVE HAZEL and CELIA HAZEL**

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United Stated an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing __0.69__ acres:   lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifty Street gauge), which drains into the creek that empties into the Savannah River at Mile 19½

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid __0.69__ acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing __30.7__ acres, more or less, and bounded as follows:  North by lands of Mrs. Annie W. Youngblood; East by lands of J. H. Hammond, and of J. B. Watkins; South by lands of A. D. Atkinson; and West by lands of the Estate of Luther H. Hankinson;

( 9 )                                  TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this ____21st.____ day of ____April____ _____ in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

W. R. Watson                                           Olin D. Johnston                  (L. S.)
_____                    _____
                                                              As Governor of the State of South Carolina

Roy A. Powell                                          W. P. Blackwell                   (L. S.)
_____                    _____
                                                              As Secretary of State of the State of South Carolina


STATE OF SOUTH CAROLINA, ⎫
        County of Richland        ⎬

PERSONALLY appeared before me _____ W. R. Watson _____ and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____
Roy A. Powell _____ witnessed the execution thereof.

SWORN to before me this ____21st.____ _____ day of
__April__ _____, 1937.

G. R. Little                             ⎛W.P.⎞                     W. R. Watson
_____(L. S.)    ⎝SEAL⎠    _____
        Notary Public for South Carolina.


Recorded ____June 28th,____ 19_37_, at _2 P._ M.    *Thos. T. Cushman*
                                                                                    C. C. C. P. & G. S.

# TITLE BOOK No. 75

**STATE OF SOUTH CAROLINA,** }

COUNTY OF AIKEN }

WHEREAS, By a certain deed of indenture dated the **22nd.** day of **April** , 193**5**, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. **68** at page **36** , _____

GEORGE R. WEBB,

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (114 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing **23.65** _____ acres: lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 191;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid **23.65** acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing _____**77**_____ acres, more or less, and bounded as follows: North by lands of J. N. Edwards; East by lands of G. R. Webb; South by lands of G. R. Webb, and of Simon Hankinson; and West by lands of Tom Brown, of Mrs. Annie W. Youngblood, and of the Estate of Jobe Holloman; the said 77 acres being the Northwestern portion of a certain tract of 1975 acres, more or less, owned by the said George R. Webb;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this __21st.__ day of ____April____, in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson                                    Olin D. Johnston
                                                                        (L. S.)
                                                  As Governor of the State of South Carolina

Roy A. Powell                                   W. P. Blackwell
                                                                        (L. S.)
                                                  As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA,
   County of Richland

PERSONALLY appeared before me                    W. R. Watson
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with
Roy A. Powell                                    witnessed the execution thereof.

SWORN to before me this ____21st.____ day of
April _____ 1937.

G. R. Little _____(L. S.)  (N. P.)          W. R. Watson
Notary Public for South Carolina.  (SEAL)

Recorded  June 28th,  19 37, at  2 P. M   Thos J Cushman
                                                              C. C. C. P. & G. S.

( 11 )

## TITLE BOOK No. 75

### STATE OF SOUTH CAROLINA, }
#### COUNTY OF AIKEN }

WHEREAS, By a certain deed of indenture dated the **12th** day of **April** , 193**5** , and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. **68** , at page **17** , **J. H. HAMMOND,** conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing **5.78** acres: lying and being below the 116.4 foot contour above mean sea level (which contour is 13.8 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 191;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid **5.78** acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing **42.8** acres, more or less, and bounded as follows: North by lands of Mrs. Annie W. Youngblood; East by lands of Monroe Williamson; South by lands of J. B. Watkins; and West by lands of Dave & Celia Hazel;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this 21st day of April in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson                                    Olin D. Johnston (L. S.)
                                                As Governor of the State of South Carolina

Roy A. Powell                                   W. P. Blackwell (L. S.)
                                                As Secretary of State of the State of South Carolina


STATE OF SOUTH CAROLINA,
   County of Richland

PERSONALLY appeared before me        W. R. Watson
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____ Roy A. Powell witnessed the execution thereof.

SWORN to before me this 21st. day of
April , 1937.

G. R. Little (L. S.) (N.P.)          W. R. Watson
      Notary Public for South Carolina.      (SEAL)


Recorded  June 28th,      19 37 , at 2 P.   M.   Thos. T. Cushman
                                                    C. C. C. P. & G. S.

## TITLE BOOK No. 75

# STATE OF SOUTH CAROLINA,  }

### COUNTY OF AIKEN }

WHEREAS, By a certain deed of indenture dated the __26th__ day of __April__ , 193 __5__ , and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. __68__ , at page __53__ ,

ANNIE W. YOUNGBLOOD,

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing __15.14__ acres:  lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 191;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid __15.14__ acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing __283.5__ acres, more or less, and bounded as follows:  North by lands of Jobe Holloman; East by lands of Tom Brown; South by lands of J. H. Hammond, Monroe Williamson, of Dave & Celia Hazel, and of the Estate of L. H. Hankinson; and West by the Savannah River;

( 12 )                     TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this **21st.** day of _____ **April** _____, in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

W. R. Watson                                    **Olin D. Johnston** _____(L. S.)
                                                          As Governor of the State of South Carolina

Roy A. Powell                                   **W. P. Blackwell** _____(L. S.)
                                                          As Secretary of State of the State of South Carolina


STATE OF SOUTH CAROLINA, }
       County of Richland

PERSONALLY appeared before me _____ **W. R. Watson** _____
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____
       **Roy A. Powell** _____ witnessed the execution thereof.

SWORN to before me this **21st.** _____ day of
_____ **April** _____, 1937.

G. R. Little _____(L. S.)  (**W.P.**)                  W. R. Watson
    Notary Public for South Carolina.      (**SEAL**)


Recorded **June 28th,** **1937** at **2 P.** M.  *Thos T Cushoman*
                                                                         C. C. C. P. & G. S.

# TITLE BOOK No. 75

( 13 )

## STATE OF SOUTH CAROLINA,

### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the 19th day of July, 1935, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. 68, at page 107, JOSEPH HOLLOMAN, JR., as Administrator with the Will annexed of the Estate of Joseph Holloman, Deceased, conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United Stated an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities as required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (119 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing 60.97 acres: lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 191;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid 60.97 acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing 216 acres, more or less, and bounded as follows: North by lands of Mrs. Edna W. Bussey, of Anne S. Ricketts, and of J. H. Edwards; East by lands of G. R. Webb; South by lands of Mrs. Annie W. Youngblood; and West by the Savannah River;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this ___21st___ day of ___April___, in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson

Roy A. Powell

Olin D. Johnston _____(L. S.)
As Governor of the State of South Carolina

W. P. Blackwell _____(L. S.)
As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA.
    County of Richland

PERSONALLY appeared before me ___W. R. Watson___ and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with ___Roy A. Powell___ witnessed the execution thereof.

SWORN to before me this ___21st.___ day of ___April___, 1937.

G. R. Little _____(L. S.)    (N.P.)
Notary Public for South Carolina.    (SEAL)

W. R. Watson

Recorded ___June 28th,___ 19_37_ at 2 P. ___M.    Thos T Cushman
    C. C. C. P. & G. S.

## TITLE BOOK No. 75

**STATE OF SOUTH CAROLINA,**

COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the 6th, day of May 193 5 and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. 68 at page 50

EDNA W. BUSSEY,

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing 14.10 acres: lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 191;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid 14.10 acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing 140 acres, more or less, and bounded as follows: North by lands of Mrs. Docia C. Dyches, and of Mrs. Ina B. Lamar; East by lands of Anne S. Ricketts; South by lands of the Estate of Joseph Holloman; and West by lands of Mrs. Edna W. Bussey; said 140 acres being the Eastern portion of a certain tract of 253.3 acres, more or less, owned by the said Mrs. Edna W. Bussey;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this 21st. day of April in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

W. R. Watson

Roy A. Powell

Olin D. Johnston _____ (L. S.)
As Governor of the State of South Carolina

W. P. Blackwell _____ (L. S.)
As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA,
County of Richland

PERSONALLY appeared before me W. R. Watson
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carol'na, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with
Roy A. Powell witnessed the execution thereof.

SWORN to before me this 21st. day of
April , 1937.

G. R. Little (L. S.) (N.P.)
Notary Public for South Carolina.　(SEAL)　　　　　　W. R. Watson

Recorded June 28th, 19 37 2 P. M. Thos I Cushman
C. C. C. P. & G. S.

TITLE BOOK No. 75

( 15 )
(15)

# STATE OF SOUTH CAROLINA,

### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the __4th__ day of ____April_____, 193_5_, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. _68_____, at page _20_____, _____ _____ ____ANNE S. RICKETTS_____ conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities as may be required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (115.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing ___34.60___ acres:  composed of two separate parcels, or areas; Area "A" lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifty Street gauge), and Area "B" lying and being below the 118 foot contour above mean sea level (which contour is 15.4 feet above the point of zero on the said Fifth Street gauge), which drain into the creeks that empty into the Savannah River at Mile 191 and Mile 194, respectively;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid_34.60___ acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing ___143.2___ acres, more or less, and bounded as follows: North by Tweedy's Dead River, separating said tract from lands of J. C. Lamar, and by lands of Annie W. Willis; East by lands of Annie W. Willis, lands of the Estate of L. H. Hankinson, and lands of J. N. Edwards; South by lands of J. N. Edwards, and lands of the Estate of Joseph Holloman; and West by lands of Edna W. Bussey, and lands of Ina B. Lamar, formerly of Mary Lamar;

( 15 )
(15)

TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this 21st. day of April in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson                                    Olin D. Johnston
_____              _____(L. S.)
                                                As Governor of the State of South Carolina

Roy A. Powell                                   W. P. Blackwell
_____              _____(L. S.)
                                                As Secretary of State of the State of South Carolina


STATE OF SOUTH CAROLINA. }
    County of Richland

    PERSONALLY appeared before me        W. R. Watson
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with
        Roy A. Powell                    witnessed the execution thereof.

SWORN to before me this    21st.    day of
April            , 1937.

    G. R. Little        (L. S.) (N.P.)                    W. R. Watson
_____(SEAL)              _____
    Notary Public for South Carolina


Recorded  June 28th,        19 37,  at  2 P.  M.      Thos. T. Cushman
                                                                    C. C. C. P. & G. S.

# TITLE BOOK No. 75

## STATE OF SOUTH CAROLINA,

### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the ___27th___ day of ___February___, 193_5_, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. _63_, at page _721_, ___J. N. EDWARDS___, conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing ___56.17___ acres: in two separate parcels: Parcel "A" lying and being below the 118 foot contour above mean sea level (which contour is 15.4 feet above the point of zero on the said Fifth Street gauge), and Parcel "B" lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), which drain into the creeks that empty into the Savannah River at Mile 194 and Mile 191, respectively;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid ___56.17___ acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing ___206.2___ acres, more or less, and bounded as follows: North by lands of Anne S. Ricketts, and of the Estate of L. H. Hankinson; Northeast by the right-of-way of the Charleston & Western Carolina Railroad; Southeast by lands of G. R. Webb; South by lands of G. R. Webb, and of the Estate of Joseph Holloman; and West by lands of Anne S. Ricketts;

( 16 )
( 16 )

TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this ___21st___ day of ___April___ in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

_____ W. R. Watson _____          Olin D. Johnston _____ (L. S.)
                                                        As Governor of the State of South Carolina

_____ Roy A. Powell _____          W. P. Blackwell _____ (L. S.)
                                                        As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA.  }
   County of Richland       }

PERSONALLY appeared before me ___ W. R. Watson ___
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____ ___ Roy A. Powell ___ _____ witnessed the execution thereof.

SWORN to before me this ___21st___ day of ___April___ , 1937.

   G. R. Little _____ (L. S.)    (N.P.)      W. R. Watson
   Notary Public for South Carolina.          (SEAL)

Recorded __June 28th,__ 19 3B , at 2 P. M. ___ Thos. T. Cushman _____

                                                        C.C.C.P.& G.S.

## TITLE BOOK No. 75

## STATE OF SOUTH CAROLINA,

##### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the __8th__ day of __July__ , 193 __5__ , and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. __68__ at page __95__ , _____

__DOCIA C. DYCHES__

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United Stated an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level. (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing __2.08__ acres, lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 191;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid __2.08__ acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing __84__ acres, more or less, and bounded as follows: North by the Savannah River; East by lands of Mrs. Ina B. Lamar, formerly of Mary Lamar; South by lands of Mrs. Edna W. Bussey; and West by lands of Mrs. Edna W. Bussey;

( 17 )                    TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this 21st, day of ___April___ in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

J. R. Watson                                 Olin D. Johnston
                                                          As Governor of the State of South Carolina (L. S.)
Roy A. Powell
                                             W. P. Blackwell
                                                          As Secretary of State of the State of South Carolina (L. S.)

STATE OF SOUTH CAROLINA,
    County of Richland

PERSONALLY appeared before me       W. R. Watson
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with
    Roy A. Powell                                witnessed the execution thereof.

SWORN to before me this 21st. day of
April , 1937.

G. R. Little                    (L. S.)   (N.P.)      W. R. Watson
    Notary Public for South Carolina.     (SEAL)

Recorded  June 28th,   1937 at 2 P. M.      Thos I Cushman
                                                            C.C.C.P.&G.S.

( 18 )

## TITLE BOOK No. 75

## STATE OF SOUTH CAROLINA, }

### COUNTY OF AIKEN }

WHEREAS, By a certain deed of indenture dated the **20th** day of **April**, 193**5**, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. **68**, at page **23**,

### INA B. LAMAR,

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (114.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing **14.58** acres; comprising two separate parcels, or areas; Area "A" lying and being below the 117 foot contour above mean sea level (which contour is 14.4 feet above the point of zero on the said Fifth Street gauge), and Area "B" lying and being below the 118 foot contour above mean sea level (which contour is 15.4 feet above the point of zero on the said Fifth Street gauge), which drain into the creeks that empty into the Savannah River at Mile 191 and Mile 194, respectively;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid **14.58** acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing **130.7** acres, more or less, and bounded as follows: Northeast by lands of J. C. Lamar; Southeast by lands of Anne S. Ricketts; South by lands of Mrs. Edna W. Bussey; West by lands of Mrs. Docia C. Dyches; and Northwest by the Savannah River;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Departments, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this ___21st,___ day of ___April___ _____ in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

W. R. Watson _____

Roy A. Powell _____

Olin D. Johnston _____ (L. S.)
As Governor of the State of South Carolina

W. P. Blackwell _____ (L. S.)
As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA, }
    County of Richland      }

PERSONALLY appeared before me_____ W. R. Watson _____
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____
___Roy A. Powell_____ witnessed the execution thereof.

SWORN to before me this ___21st,_____ day of
___April_____, 1937.

G. R. Little _____ (L. S.)  (N.P.)
    Notary Public for South Carolina.      (SEAL )    W. R. Watson

Recorded ___June 28th,_____, 19_37_, at __2 P.__ M.    Thos T Cushman _____
                                                                            C.C.C.P.& G.S.

( 19 )

## TITLE BOOK No. 75

### STATE OF SOUTH CAROLINA,
#### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the **14th** day of ..... **August** ............................., 193**5**, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. **68** ................., at page **119** ................., **MRS. CARRIE H. FOSTER, as Executrix of the Will of L. H. Hankinson, Deceased,** conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United Stated an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing ........**1.69**........acres: **lying and being below the 118 foot contour above mean sea level (which contour is 15.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 194;**

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid **1.69** .........acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing **147.3** .........acres, more or less, and bounded as follows: **North by lands of Mrs. Annie W. Willis; East by the right-of-way of the Charleston & Western Carolina Railroad; South by lands of J. N. Edwards; and West by lands of Anne S. Ricketts;**

( 19 )                          TITLE BOOK No. 75.

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this___21st___ day of_____April_____, in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson                                    Olin D. Johnston _____(L. S.)
                                                As Governor of the State of South Carolina

Roy A. Powell                                   W. P. Blackwell _____(L. S.)
                                                As Secretary of State of the State of South Carolina


STATE OF SOUTH CAROLINA,
    County of Richland

PERSONALLY appeared before me _____ W. R. Watson _____
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____
Roy A. Powell _____ witnessed the execution thereof.

SWORN to before me this __21st.__ _____day of

__April__ ____, 1937.

G. R. Little _____(L. S.) (N.P.)      W. R. Watson
    Notary Public for South Carolina.    (SEAL)


Recorded __June 28th,__ ____1937__, at __2 P.__ M.   Thos. T. Cushman
                                                        C.C.C.P. & G.S.

# TITLE BOOK No. 75

## STATE OF SOUTH CAROLINA,
### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the 29th. day of April 193 5, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No. 68, at page 73, ——

ANNIE W. WILLIS,

conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (119 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing 5.89 acres: lying and being below the 118 foot contour above mean sea level (which contour is 15.4 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 194;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof. The easement herein conveyed is upon the aforesaid 5.89 acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing 125.8 acres, more or less, and bounded as follows: North by lands of J. C. Lamar, and of J. A. McElmurray; East by the right-of-way of the Charleston & Western Carolina Railroad; South by lands of the Estate of L. H. Hankinson; and West by lands of Anne S. Ricketts;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this ___21st.___ day of ___April___ in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of :

| W. R. Watson | Olin D. Johnston (L. S.) |
| | As Governor of the State of South Carolina |
| Roy A. Powell | W. P. Blackwell (L. S.) |
| | As Secretary of State of the State of South Carolina |

STATE OF SOUTH CAROLINA, }
County of Richland

PERSONALLY appeared before me _____ W. R. Watson _____
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with _____
_____ Roy A. Powell _____ witnessed the execution thereof.

SWORN to before me this ___21st.___ day of
___April___, 19 37.

| G. R. Little (L. S.) | (N.P.) | W. R. Watson |
| Notary Public for South Carolina | (SEAL) | |

Recorded _____ June 28th, 19 37, at 2 P. M.    Thos T Cushman
                                                   C. C. C. P. & G. S.

**TITLE BOOK No. 75**

## STATE OF SOUTH CAROLINA,
### COUNTY OF AIKEN

WHEREAS, By a certain deed of indenture dated the __22nd.__ day of __July__ ____, 193_5_, and recorded in the office of the Clerk of Court for Aiken County, South Carolina, in Title Book No.68____, at page 89_____,_____ __J. A. McELMURRAY____ conveyed unto SAVANNAH RIVER NAVIGATION COMMISSION, a commission created by and existing under an Act of the General Assembly of the State of South Carolina, approved March 7th, 1932, the rights, privileges and easements hereinafter described; and,

WHEREAS, By virtue of the provisions of the aforesaid Act the said Savannah River Navigation Commission was vested with full power to secure such flowage rights, easements and other facilities as may be required by the United States in any project for the development and future maintenance of navigation facilities in the Savannah River below Augusta, Georgia; and it was further provided in the said Act that any rights or easements thus acquired shall be acquired for and in behalf of the State of South Carolina, and that the Governor and the Secretary of State are authorized and directed to issue to the United States an instrument conveying to the said United States the rights and easements thus acquired; and,

WHEREAS, The rights, privileges and easements to flood hereinafter described were so acquired by the Savannah River Navigation Commission for and in behalf of the State of South Carolina, and such facilities are required by the United States for the said navigation improvement project, and it is now the desire and intention of the Savannah River Navigation Commission and the State of South Carolina to convey unto the United States the said rights, privileges and easements acquired under the aforesaid deed.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That We, OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, in consideration of the benefits accruing to the State of South Carolina by reason of the aforesaid navigation improvement project, and the sum of One ($1.00) Dollar to us in hand paid by the United States of America, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto the said UNITED STATES OF AMERICA, or its assigns, the perpetual right or easement to flood as may be necessary, by the erection and operation of a dam across the Savannah River near New Savannah Bluff, Georgia, with crest control gates so operated as to maintain a pool elevation at said dam of 114.5 feet mean sea level, (11.9 feet above the point of zero on the gauge located on this date at the 5th Street Bridge leading from the State of South Carolina to the City of Augusta, Georgia), except when the natural discharge of the river exceeds that elevation at that point, that portion of the following described tract of land containing ____1.67____ acres:  lying and being below the 118 foot contour above mean sea level (which contour is 15.40 feet above the point of zero on the said Fifth Street gauge), which drains into the creek that empties into the Savannah River at Mile 194;

all as determined by topographical survey of the Savannah River below Augusta, Georgia, made by the United States Engineer Department, approved May 26, 1934; plat showing the same being attached to the aforesaid deed in favor of Savannah River Navigation Commission as a part thereof.  The easement herein conveyed is upon the aforesaid __1.67__ acres, which is a part of the following tract of land situate and being in Hammond Township, in the County of Aiken and State of South Carolina, containing __20.4__ acres, more or less, and bounded as follows:  Northeast by the right-of-way of the Charleston & Western Carolina Railroad; South by lands of Coan Stewart, and of Mrs. Annie W. Willis; and West by lands of J. C. Lamar;

all as will more fully appear by metes and bounds, courses and distances, by reference to the aforesaid plat made by the United States Engineer Department, which said plat is recorded with the aforesaid deed in favor of Savannah River Navigation Commission, as a part thereof.

TOGETHER with the perpetual right and easement to flood said portion of the above described tract or parcel of land as may be necessary from time to time, and with the right to enter upon said portion of said Land as occasion may require, to remove therefrom the timber and other natural growth, and any obstacles, growths, accumulations, brush, trash, filth, and any other thing or things which in any way may interfere or tend to render inaccessible, unsafe or unsanitary any portion of the slack water pool created by said dam, or the margin thereof.

TO HAVE AND TO HOLD all and singular the said easements, rights and privileges before mentioned, unto the said UNITED STATES OF AMERICA, or its assigns.

WITNESS our Hands and Seals this **21st.** day of **April** in the year of our Lord One Thousand Nine Hundred and Thirty-Seven, and in the One Hundred and Sixty-First year of the Sovereignty and Independence of the United States of America.

Signed, sealed and delivered in the presence of:

W. R. Watson　　　　　　　　　　　　　　　Olin D. Johnston　　　　(L. S.)
　　　　　　　　　　　　　　　　　　　　　　　　As Governor of the State of South Carolina

Roy A. Powell　　　　　　　　　　　　　　　W. P. Blackwell　　　　(L. S.)
　　　　　　　　　　　　　　　　　　　　　　　As Secretary of State of the State of South Carolina

STATE OF SOUTH CAROLINA, }
　　County of Richland　　　　}

PERSONALLY appeared before me　　　　　　　　W. R. Watson
and made oath that he saw the above named OLIN D. JOHNSTON, as Governor of the State of South Carolina, and W. P. BLACKWELL, as Secretary of State of the State of South Carolina, sign, seal and as their act and deed deliver the within written Deed, for the uses and purposes therein mentioned; and that he with Roy A. Powell witnessed the execution thereof.

SWORN to before me this **21st.** day of
**April**, 1937.

G. R. Little　　　　(L. S.) (W.P.)　　　　　　W. R. Watson
Notary Public for South Carolina.　　(SEAL)

Recorded **June 28th,** 19**37**, at **2 P.** M　　*Thos. T. Cushman*
　　　　　　　　　　　　　　　　　　　　　　　　　　C.C.C.P.&G.S.