# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA, <br><br> SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, <br><br> and <br><br> SAVANNAH RIVER MARITIME COMMISSION, <br><br>                 Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, SAVANNAH DISTRICT; <br><br> RYAN MCCARTHY, In his official capacity as Secretary of the Army; <br><br> LT. GENERAL TODD T. SEMONITE, In his official capacity as Commanding General and Chief of Engineers, U.S. Army Corps Of Engineers; <br><br> MAJOR GENERAL DIANA M. HOLLAND, In her official capacity as Commanding General, South Atlantic Division, U.S. Army Corps of Engineers; <br><br> and <br><br> COLONEL DANIEL H. HIBNER, In his official capacity as District Engineer, U.S. Army Corps of Engineers, Savannah District, <br><br>               Defendants. | C/A NO.: 1:19-cv-3132-RMG <br><br> **NOTICE OF ERRATA AND CORRECTION OF GEORGIA PORTS AUTHORITY'S MOTION TO INTERVENE** |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Georgia Ports Authority ("GPA") hereby provides notice of errata and correction as follows:  In its Motion to Intervene (Dkt. No. 15), GPA stated that "[c]ounsel for Defendants consent to GPA's intervention."  GPA's motion should have stated that counsel for Defendants take no position on GPA's intervention.

Respectfully submitted,

s/ *Rita Bolt Barker*
Rita Bolt Barker (USDC ID No.10566)
Gregory J. English (USDC ID No.5737)
**WYCHE, P.A.**
200 East Camperdown Way
Greenville, SC  29601
Email: rbarker@wyche.com
gengish@wyche.com
Telephone: (864) 242-8200
Facsimile: (864) 235-8900

***Attorneys for Intervenor-Defendant Georgia Ports Authority***

Of Counsel:

Susan H. Richardson *(Pro Hac Vice Application to be Submitted)*
Ronald L. Raider *(Pro Hac Vice Application to be Submitted)*
**KILPATRICK TOWNSEND & STOCKTON, LLP**
1100 Peachtree Street,
Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
srichardson@kilpatricktownsend.com
rraider@kilpatricktownsend.com

3

       PAUL H. THRELKELD *(Pro Hac Vice*
*Application to be Submitted)*
**OLIVER MANER LLP**
Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311
pht@olivermaner.com


January 3, 2020

3