# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA, <br><br> SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, <br><br> and <br><br> SAVANNAH RIVER MARITIME COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, SAVANNAH DISTRICT; <br><br> RYAN MCCARTHY, In his official capacity as Secretary of the Army; <br><br> LT. GENERAL TODD T. SEMONITE, In his official capacity as Commanding General and Chief of Engineers, U.S. Army Corps Of Engineers; <br><br> MAJOR GENERAL DIANA M. HOLLAND, In her official capacity as Commanding General, South Atlantic Division, U.S. Army Corps of Engineers; <br><br> and <br><br> COLONEL DANIEL H. HIBNER, In his official capacity as District Engineer, U.S. Army Corps of Engineers, Savannah District, <br><br> Defendants. | C/A NO.: 1:19-cv-3132-RMG <br><br> **Motion in Support of** *Pro Hac Vice* **Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Paul H. Threlkeld</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   ☒ Prior to filing this Motion, I conferred with opposing counsel who have indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

   ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

   ☐ No duty of consultation is required because the opposing party is proceeding pro se.

<u>Wyche, P.A.</u>                                   <u>Rita Bolt Barker</u>
Firm Name                                      Name of Local Counsel

<u>200 E. Camperdown Way</u>                    <u>*s/ Rita Bolt Barker*</u>
Street Address or Post Office Box              Signature of Local Counsel

2

Greenville, SC 29601                         Local Counsel for <u>Intervener-</u>
                                             <u>Defendant Georgia Ports Authority</u>
City, State, Zip Code

864-242-8200                                 District of South Carolina
Telephone Number                             Federal I.D. No.:  10566

rbarker@wyche.com
E-Mail Address