IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA,<br><br>SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL,<br><br>and<br><br>SAVANNAH RIVER MARITIME COMMISSION,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS;<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, SAVANNAH DISTRICT;<br><br>RYAN MCCARTHY, In his official capacity as Secretary of the Army;<br><br>LT. GENERAL TODD T. SEMONITE, In his official capacity as Commanding General and Chief of Engineers, U.S. Army Corps Of Engineers;<br><br>MAJOR GENERAL DIANA M. HOLLAND, In her official capacity as Commanding General, South Atlantic Division, U.S. Army Corps of Engineers;<br><br>and<br><br>COLONEL DANIEL H. HIBNER, In his official capacity as District Engineer, U.S. Army Corps of Engineers, Savannah District,<br><br>       Defendants. | C/A NO.:  1:19-cv-3132-RMG<br><br><br>**Application/Affidavit for**<br>***Pro Hac Vice* Admission** |

(1)     Name.     Ronald L. Raider
                  First       Middle              Last

(2)     Residence. I reside in the following state:     Georgia
        If a South Carolina resident, indicate months/years of residence: _____

US2008 16392400 1

(3) Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

Firm name: Kilpatrick Townsend & Stockton LLP
Mailing address: 1100 Peachtree St. NE, Ste. 2800  City/State/Zip  Atlanta, GA  30309
Telephone number: 404-532-6909
Facsimile number: 404-541-3354
E-mail address: rraider@kilpatricktownsend.com
(Application will not be considered without an e-mail address to receive electronic notification.)

(4) Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of     Georgia     where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of Georgia | 2003 | ☒ Yes ☐ No |
| Georgia Court of Appeals | 2003 | ☒ Yes ☐ No |
| 11th Circuit Court of Appeals | 2003 | ☒ Yes ☐ No |
| U.S. District Court for the Northern District of Georgia | 2003 | ☒ Yes ☐ No |
| U.S. District Court for the District of Columbia | 1990 | ☒ Yes ☐ No |
| U.S. District Court for the Southern District of New York | 2002 | ☒ Yes ☐ No |
| U.S. Court of Federal Claims | 1987 | ☒ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? ........................................................................ ☐ Yes  ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

---

[1] This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

Page **2** of **4**

US2008 16392400 1

(8)  Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9)  Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes  ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☒ Yes  ☐ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

| Court/Case Name/Docket No. | Status of Litigation | Year of Appl. | Local Counsel | Status of Appl. |
|---|---|---|---|---|
| *State of SC Administrative Law Court; Savannah Riverkeeper, et al. v. SC Department of Health and Environmental Control, et al.*; 11-ALJ-07-0618-CC | Dismissed | 2012 | Rita Bolt Barker (Wyche, P.A.) | Granted |
| *Savannah Riverkeeper, et al v. U.S. Army Corps of Engineers et al* C/A No. 9:12-cv-00610-RMG | Dismissed | 2012 | Rita Bolt Barker (Wyche, P.A.) | Granted |

(12)   <u>Designated Local Counsel.</u> Local counsel of record associated with Applicant in this case is:
       Attorney Name:                  Rita Bolt Barker (#10566)
       Firm Name:                         WYCHE, P.A.
       Street Address or P.O. Box:    44 East Camperdown Way
       City, State, and Zip Code:     Greenville, SC  29601
       Telephone Number:           Phn: (864) 242-8200
                                                 Fax: (864) 235-8900
       E-mail Address:                  rbarker@wyche.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)   <u>Associated Counsel</u>. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(14)   <u>Application Fee</u>. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)   <u>Electronic Notification</u>. By submitting this application, I consent to electronic notification.

(16)   <u>Represented Party/Parties</u>. I seek to represent the following party/parties:

(17)   I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_Ronald L. Raider_
Signature of Applicant

**Sworn to and subscribed before me**
this _10_ day of _January_, 20_20_.

_Erika L. Higgins_
A Notary Public
of the State of _Georgia_

My Commission expires: _5-1-2021_

US2008 16392400 1



**Supreme Court
State of Georgia**

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

January 7, 2020

I hereby certify that Ronald Lee Raider, Esq., was admitted on the 12th day of November, 2003, as a member of the bar of the Supreme Court of Georgia, the highest court of the State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court, hereto affixed the day and year first above written.



, Clerk