UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA, ) <br> SOUTH CAROLINA DEPARTMENT ) <br> OF HEALTH & ENVIRONMENTAL ) <br> CONTROL, and ) <br> SAVANNAH RIVER MARITIME ) <br> COMMISSION, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> UNITED STATES ARMY CORPS ) <br> OF ENGINEERS, ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS SAVANNAH DISTRICT, ) <br> RYAN McCARTHY, in his official ) <br> capacity as Secretary of the Army, ) <br> LT. GENERAL TODD T. SEMONITE, in his ) <br> official capacity as Commanding General and ) <br> Chief of Engineers, U.S. Army Corps of Engineers, ) <br> MAJOR GENERAL DIANA M. HOLLAND, ) <br> in her official capacity as Commanding General, ) <br> South Atlantic Division, U.S. Army Corps of ) <br> Engineers, and ) <br> COLONEL DANIEL H. HIBNER, ) <br> in his official capacity as District Engineer, ) <br> U.S. Army Corps of Engineers, Savannah District, ) <br>  ) <br> Defendants. ) | Civil Action No. 1:19-cv-03132-RMG |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE CONSOLIDATED
<u>BRIEFS AND ENLARGE PAGE LIMITS</u>**

This matter comes before the Court on the Joint Motion for Leave to File Consolidated Briefs and Enlarge Page Limits. The Court has reviewed the Motion and it is hereby GRANTED. Federal Defendants may file a single, consolidated brief of up to fifty-five double-spaced pages in opposition to Plaintiffs', South Carolina, *et al.*, Complaint and Motion for Partial Summary Judgment, docketed as ECF Nos. 1 and 12, South Carolina may file a single, consolidated brief

- 2 -

of up to fifty-five double-spaced pages in support of its Motion for Partial Summary Judgment and opposition to Federal Defendants' Motion to Dismiss, and Federal Defendants may file a single, consolidated brief of up to twenty double-spaced pages in reply in support of their Motion to Dismiss.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

February 10, 2020
Charleston, South Carolina