# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA, *et al.*, <br><br> Plaintiffs, <br><br> AUGUSTA, GEORGIA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Federal Defendants, <br><br> GEORGIA PORTS AUTHORITY, <br><br> Defendant-Intervenor. | Civil Action No. 1:19-cv-03132-RMG |

## **NOTICE OF APPEAL**

Notice is hereby given that Federal Defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Orders entered in this action on November 23, 2020, permanently enjoining Federal Defendants and granting judgment for Plaintiffs and Plaintiff-Intervenor on their claims arising under the Water Infrastructure Improvements for the Nation Act, ECF No. 105, and denying Federal Defendants' Motions to Dismiss, ECF No. 104.

Respectfully submitted this 19th day of January, 2021.

**PAUL E. SALAMANCA**

Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sally J. Sullivan*
SALLY J. SULLIVAN (DC Bar No. 1021930)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Suite 3.142
Washington, DC 20002
Tel: (202) 514-9269
Fax: (202) 305-0506
Email: sally.sullivan@usdoj.gov

LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. NE
Suite 4.149
Washington, DC 20002
Tel: (202) 514-0375
Fax: (202) 514-8865
Email: leslie.hill@usdoj.gov

BETH DRAKE (#5598)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel: (803) 929-3061
Email: beth.drake@usdoj.gov

*Attorneys for Federal Defendants*