AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| STATE OF SOUTH CAROLINA, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-3132-RMG |
| U.S. ARMY CORPS OF ENGINEERS, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants, United States Army Corps of Engineers, et al.,                           .

Date:    03/10/2023                              /s/ Jeffrey Hughes
                                                  *Attorney's signature*

                                                  JEFFREY HUGHES (NY Bar No. 5367214)
                                                  *Printed name and bar number*
                                                  U.S. Dep't of Justice/Env. & Nat. Res. Div.
                                                  P.O. Box 7611/Ben Franklin Station
                                                  Washington, D.C. 20044-7611

                                                  *Address*

                                                  jeffrey.hughes@usdoj.gov
                                                  *E-mail address*

                                                  (202) 305-4598
                                                  *Telephone number*

                                                  (202) 514-8865
                                                  *FAX number*