# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| State of South Carolina, *et al.*, | Case No. 1:19-cv-03132-RMG |
|     Plaintiffs, | |
| Augusta, Georgia, | **ORDER AND OPINION** |
|     Plaintiff-Intervenor, | |
| v. | |
| United States Army Corps of Engineers, et al., | |
|     Federal Defendants, | |
| Georgia Ports Authority | |
|     Defendant-Intervenor. | |

    Pursuant to this Court's orders, Federal Defendants submitted a supplemental status report to update the Court on the Parties' conferrals regarding the procedure and timing for lodging and filing the administrative record in this case. The status report indicated that the parties have agreed to an amended schedule. The Court adopts the Parties' proposal and establishes the following schedule.

1. Federal Defendants will file Answers no later than **November 17, 2023**.

2. Federal Defendants will produce a copy of the administrative record the Corps intends to certify to all Parties no later than **January 17, 2024**.

3. The Plaintiffs and Plaintiff-Intervenors will identify and communicate to Federal Defendants the anticipated duration of time they believe necessary to review the administrative record and identify issues regarding completeness of the record

and/or any issues regarding the admission of extra record evidence no later than **February 12, 2024**.

4. The Parties shall meet and confer and file a joint status report proposing a further schedule no later than **February 23, 2024**.

                                                                                                           s/ Richard Mark Gergel  
                                                                                                           Richard Mark Gergel  
                                                                                                           United States District Judge

October 31, 2023  
Charleston, South Carolina