IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| STATE OF SOUTH CAROLINA, *et al.*,<br><br>Plaintiffs,<br><br>AUGUSTA, GEORGIA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Federal Defendants,<br><br>GEORGIA PORTS AUTHORITY,<br><br>Defendant-Intervenor. | Civil Action No. 1:19-cv-03132-RMG |

**STIPULATION EXTENDING DEADLINE FOR MOTIONS UNDER 12(C)**

WHEREAS, on February 23, 2024, the parties submitted a joint status report proposing a schedule for further proceedings in this case, *see* Joint Status Report, Dkt. No. 129;

WHEREAS, that schedule set a deadline of March 23, 2024 for Federal Defendants to file a motion pursuant to Federal Rule of Civil Procedure 12(c), *id.* at 2;

WHEREAS, the parties' proposed schedule noted that the parties were "conferring concerning [that proposed] motion";

WHEREAS, the parties would like to continue to confer regarding Federal Defendants' contemplated motion pursuant to Federal Rule of Civil Procedure 12(c);

2

THEREFORE, the parties stipulate and agree that the time for Federal Defendants to file a motion pursuant to Federal Rule of Civil Procedure 12(c) shall be extended by 45 days until May 7, 2024.

Respectfully submitted this 22nd day of March, 2024.

<table>
<tr><td>

*/s/ Randolph R. Lowell*
Randolph R. Lowell, Fed. Bar No. 9203
Chad N. Johnston, Fed Bar. No. 10813
BURR & FORMAN LLP
115 Fairchild Street, Suite 300
Daniel Island, South Carolina 29492
rlowell@burr.com
cjohnston@burr.com
(843) 973-6801
*Attorneys for the State of South Carolina, Savannah River Maritime Commission, and South Carolina Department of Health and Environmental Control*


*/s/ David M. Moore.*
Georgia Bar 518830 (admitted Pro Hac Vice)
Earth & Water Law, LLC
Promenade, Suite 1900
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592
(404)245-5421
*Attorney for Plaintiff Augusta, Georgia*


*/s/ Rita Bolt Barker*
Rita Bolt Barker (USDC FED ID No. 10566)
Gregory J. English (USDC FED ID No. 5737)
WYCHE, P.A.
200 East Camperdown Way
Greenville, SC 29601
rbarker@wyche.com
gengish@wyche.com
Telephone: (864) 242-8200
*Attorneys for Intervenor-Defendants Georgia Ports Authority*

</td><td>

**TODD KIM**
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Jeffrey Hughes*
ANGELA N. ELLIS (DC Bar No. 1670713)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0479
Fax: (202) 305-0506
Email: angela.ellis@usdoj.gov

JEFFREY HUGHES (N.Y. Bar No. 5367214)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. NE
Washington, DC 20002
Tel: (202) 305-4598
Fax: (202) 514-8865
Email: jeffrey.hughes@usdoj.gov

BETH DRAKE (#5598)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel: (803) 929-3061

*Attorneys for Federal Defendants*

</td></tr>
</table>